UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FREDERICK WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK TURK, Code Enforcement Officer for the City of Bakersfield, California,<br><br>    Defendant. | Case No.: 1:12-cv-00693 - LJO - JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

John Frederick Wheeler ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this action initiated on May 1, 2012. On September 12, 2012, the Court ordered Plaintiff to show cause why the action should not be dismissed for his failure to prosecute, or in the alternative to file a First Amended Complaint. (Doc. 11). In compliance with the Court's order, Plaintiff filed his amended complaint. (Doc. 12). Accordingly, **IT IS HEREBY ORDERED**: the Order to Show Cause dated September 12, 2012 (Doc. 11), is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __September 19, 2012__       __/s/ Jennifer L. Thurston__
                                                  UNITED STATES MAGISTRATE JUDGE